FILED
CLERK, U.S. DISTRICT COURT

DEC 2 9 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY QUINONES,<br><br>Defendant. | Case No.  2:02-CR-0800 SPG<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☐　the appearance of defendant as required; and/or

☒　the safety of any person or the community.

//

//

//

The Court concludes:

☐ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk.  The risk of nonappearance is based on:

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk of danger is based on: instant allegations.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated:  12/29/2025                                    _____/s/_____

                                                          HON. ROZELLA A. OLIVER
                                                          UNITED STATES MAGISTRATE JUDGE